UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| AARON FELLOWS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:23-cv-00244-JMS-MJD |
| ) | |
| FRANK VANIHEL, ) | |
| ) | |
| Respondent. ) | |

**Final Judgment**

The court now enters final judgment. This action is **DISMISSED without prejudice**.

Date: 5/21/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

All ECF-registered counsel of record via email

AARON FELLOWS
212848
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362